**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39461**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2012 Unpublished Opinion No. 556 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: July 19, 2012 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| TAYLOR JON WRAY, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Deborah A. Bail, District Judge.

Judgment of conviction and unified term of life imprisonment, with a minimum period of confinement of twenty years, for conspiracy to commit robbery and infliction of great bodily harm during an attempted felony or conspiracy enhancement, affirmed.

Sara B. Thomas, State Appellate Public Defender; Elizabeth A. Allred, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge; GUTIERREZ, Judge;
and MELANSON, Judge

_____

PER CURIAM

Taylor Jon Wray pled guilty to conspiracy to commit robbery, I.C. §§ 18-6501, 18-6502 and 18-1701, and an infliction of great bodily harm during the commission or attempted commission of a felony enhancement, I.C. § 19-2520B. In exchange for his guilty plea, an additional charge was dismissed. The district court sentenced Wray to a unified term of life imprisonment, with a minimum period of confinement of twenty years. Wray appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-

1

15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Wray's judgment of conviction and sentence are affirmed.